Virginia H. Kendall, appellant, v. Herbert Ripley, Jr. and Herbert Ripley Wrecking & Excavating Company, appellees. Gen. No. 25,745.

Action in trespass for injury to land. Judgment for defendant Ripley. Appeal from the Circuit Court of Cook county; the Hon. Anton T. Zeman, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed April 12, 1920.

Samuel B. Hill, for appellant; A. W. Glaskay, of counsel. Foreman, Blumrosen & Black and William Karr Steele, for appellees.

Mr. Justice Holdom delivered the opinion of the court.

---

Minnie A. Scowley, appellant, v. John E. Traeger, sheriff, appellee. Gen. No. 25,568.

Action in replevin for two automobiles seized on execution. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. William Fenimore Cooper, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed April 19, 1920.

George W. Brown, for appellant. Heth, Balbridge, Lester & Monson, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Etta Reinders, defendant in error, v. Anton J. Cermak, bailiff of Municipal Court of Chicago, plaintiff in error. Gen. No. 24,384.

Action for trespass for unlawful levy. Judgment for plaintiff. Error to the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed April 21, 1920.

Allen, Ward & Myers, for plaintiff in error. Charles W. Stiefel and R. B. Salmon, for defendant in error.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Charles C. Spotswood, plaintiff in error, v. William F. Jackson, defendant in error. Gen. No. 24,570.

Action to recover real estate broker's commissions. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and remanded. Opinion filed April 21, 1920. Rehearing denied May 4, 1920.

Cavender & Kaiser and A. D. Ranstead, for plaintiff in error. Ivor Jeffreys, for defendant in error; David H. Jackson, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.